# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI68 | E1925634 | OLESEN | 5481 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 04/24/2024  1:15 AM
**Offense Charged:** 18 USC 111 ASSAULT
**Place of Offense:** USPS PLANT, 1401 W. FORT ST., DETROIT, MI 48233

**Offense Description / Factual Basis for Charge:**
DEFENDANT TOOK ANOTHER USPS EMPLOYEE TO THE FLOOR + THEN PUNCHED AND KICKED HIM MULTIPLE TIMES.

### DEFENDANT INFORMATION
**Last Name:** CARRUTHERS
**First Name:** DARIUS
**M.I.:** D.

**APPEARANCE IS REQUIRED** - Box A checked: If Box A is checked, you must appear in court.

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature

*E1925634*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 24, 2024 while exercising my duties as a law enforcement officer in the EASTERN District of MICHIGAN

DEFENDANT, WHILE ON DUTY AS A POSTAL EMPLOYEE, ENGAGED IN A PHYSICAL ALTERCATION WITH ANOTHER EMPLOYEE AT THE USPS DETROIT PROCESSING AND DISTRIBUTION CENTER. VIDEO SURVEILLANCE CAMERA FOOTAGE SHOWED BOTH MEN STEP TOWARD EACH OTHER, GRAB EACH OTHER SIMULTANEOUSLY IN THE UPPER ARM/SHOULDER AREA. THE OTHER EMPLOYEE, A LARGE MAN, INITIALLY PUSHED DEFENDANT BACKWARD. DEFENDANT QUICKLY TURNED THE TABLES, TOOK THE OTHER EMPLOYEE TO THE FLOOR. THE VIEW OF WHAT HAPPENS NEXT IS PARTIALLY OBSTRUCTED, BUT DEFENDANT'S ARMS MOVE BACK AND FORTH IN WHAT APPEARS TO BE A PUNCHING MOTION NUMEROUS TIMES. AN EYEWITNESS SAW DEFENDANT PUNCH OTHER EMPLOYEE 10 TIMES AND KICK HIM ONCE. WITNESS ALSO SAW BLOOD COMING FROM HEAD OF OTHER EMPLOYEE.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/25/2024    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge